# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| CURTIS POHL and ROBIN RANEY POHL, husband and wife,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, acting through the FEDERAL AVIATION ADMINISTRATION,<br><br>  Defendants. | No. CV 20-09-BU-SEH<br><br>**ORDER** |

The Court conducted a hearing on Defendant's Motion to Dismiss[1] on May 26, 2020. Upon the record made in open court,

ORDERED:

Defendant's Motion to Dismiss[2] for lack of subject matter jurisdiction is GRANTED.

DATED this 27th day of May, 2020.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[1] Doc. 4.

[2] Doc. 4.